UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARIAN HALL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:23-CV-00437 |
| | ) | |
| DANNY FRANCIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the record made by the Court at the Hearing on March 30, 2026 (Doc. 110),

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

Dated this 31st day of March, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRCT JUDGE